VAZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

                                               No. 12-CR-733 (JFB)

JANE DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Victor Zapana from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Victor Zapana
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-7180
        E-mail:  Victor.Zapana@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Victor Zapana at the email address set forth above.

Dated: Brooklyn, New York
August 9, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Victor Zapana
Victor Zapana
Assistant U.S. Attorney

cc: Clerk of the Court (JFB)